## U.S. District Court
### Eastern District of Arkansas (Little Rock)
### CRIMINAL DOCKET FOR CASE #: 4:05-cr-00053-JLH-ALL
### Internal Use Only

Case title: USA v. Hughes          Date Filed: 03/04/2005
Magistrate judge case number: 4:05-mj-04047

---

Assigned to: Chief Judge J. Leon Holmes

**Defendant**

Mark Westly Hughes (1)         represented by   Steven Ray Davis
*TERMINATED: 10/27/2005*                              Walker & Hickey
                                                          1000 West Third Street
                                                          Post Office Box 3780
                                                          Little Rock, AR 72203-3780
                                                          (501) 376-2382
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**Pending Counts**                                                 **Disposition**

18:2113B.F ROBBERY OF                          six (6) months imprisonment with credit
PROPERTY OR MONEY > $100                   for time served; two (2) years
(1)                                                                   supervised release; $100 special
                                                                     assessment; $35,000 restitution

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                          **Disposition**

Take w/intent to steal or purloin,
property, money, other things of value
exceeding $1,000 belonging to and                   Dismissed due to filing of Indictment
custody of Metropolitan Bank. [ 4:05-m
-4047 ]

**Plaintiff**

United States of America              represented by   **Linda B. Lipe**
                                                       U. S. Attorney's Office - Little Rock
                                                       Eastern District of Arkansas
                                                       425 West Capitol Avenue
                                                       Suite 500
                                                       Post Office Box 1229
                                                       Little Rock, AR 72203-1229
                                                       (501) 340-2600
                                                       Email: Linda.Lipe@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2000 | 1 | COMPLAINT Mag. Judge H. D. Young [ 4:00-m -4047 ] (jah) (Entered: 08/28/2000) |
| 08/16/2000 |   | ARREST Warrant issued for Mark Westly Hughes by Mag. Judge H. D. Young [ 4:00-m -4047 ] (jah) (Entered: 08/28/2000) |
| 08/16/2000 |   | Docket Modification (Utility Event) case closed terminating plaintiff USA and defendant Mark Westly Hughes [ 4:00-m -4047 ] (lej) (Entered: 02/15/2005) |
| 03/02/2005 | 2 | MOTION for order for release on his own recognizance or in the alternative to set bail by Mark Westly Hughes [ 4:00-m -4047 ] (rkc) (Entered: 03/03/2005) |
| 03/02/2005 | 3 | MEMORANDUM by Mark Westly Hughes in support of motion for order for release on his own recognizance or in the alternative to set bail [2-1] as to Mark Westly Hughes [ 4:00-m -4047 ] (rkc) (Entered: 03/03/2005) |
| 03/04/2005 | 4 | INDICTMENT by USA Linda B. Lipe. Counts filed against Mark Westly Hughes (1) count(s) 1 (rkc) (Entered: 04/05/2005) |
| 03/04/2005 | 5 | CASE SUMMARY, warrant issued 3/4/05 for defendant Mark Westly Hughes (rkc) (Entered: 04/05/2005) |
| 03/24/2005 | 6 | MINUTES: before Mag. Judge Henry L. Jones Jr. first appearance of Mark Westly Hughes on arraignment Attorney Steven Ray Davis present; entered plea of n/g; jury trial (3 days) Mon. 5/2/05 at 9:15 a.m.; 10 days to file pretrial motions as to Mark Westly Hughes ERO Tenesha Jones (rkc) (Entered: 04/05/2005) |
| 03/24/2005 | 7 | ORDER of Detention pending Trial of Mark Westly Hughes by Mag. Judge Henry L. Jones Jr. (rkc) (Entered: 04/05/2005) |
| 03/24/2005 | 8 | NOTICE of jury trial Mon. 5/2/05 at 9:15 a.m. as to Mark Westly Hughes |

| | | |
|---|---|---|
| | | before Judge J. L. Holmes (rkc) (Entered: 04/05/2005) |
| 03/29/2005 | 9 | MOTION for discovery by Mark Westly Hughes (rkc) (Entered: 04/05/2005) |
| 03/31/2005 | 10 | MOTION for disclosure of evidence and to produce witnesses' statements by USA, as to Mark Westly Hughes (rkc) (Entered: 04/05/2005) |
| 03/31/2005 | 11 | MOTION for order for notice of alibi by USA as to Mark Westly Hughes (rkc) (Entered: 04/05/2005) |
| 03/31/2005 | 12 | RESPONSE by plaintiff USA to motion for discovery [9-1] (rkc) (Entered: 04/05/2005) |
| 03/31/2005 | 13 | RULE 40 Documents received from District of Columbia as to Mark Westly Hughes (rkc) (Entered: 04/15/2005) |
| 03/31/2005 | 14 | REMOVAL hearing waived in District of Columbia as to Mark Westly Hughes (rkc) (Entered: 04/15/2005) |
| 03/31/2005 | 15 | COMMITMENT to District of Eastern Arkansas for Mark Westly Hughes Mag. Judge Alan Kay (rkc) (Entered: 04/15/2005) |
| 03/31/2005 | 16 | ARREST Warrant returned executed as to Mark Westly Hughes 2/3/05 (rkc) (Entered: 04/15/2005) |
| 04/22/2005 | 17 | PRETRIAL DISCOVERY ORDER by Judge J. L. Holmes eliminating the need to file routine pretrial discovery motions; deadline for filing motions, including motions to suppress, is two weeks prior to trial; motions which arise from Jencks Act material are excluded from this deadline. (cc: all counsel) (rkc) (Entered: 04/25/2005) |
| 04/22/2005 | 18 | ORDER by Judge J. L. Holmes finding the motion for order for notice of alibi [11-1] moot., finding the motion for disclosure of evidence [10-1] moot., finding the motion to produce witnesses' statements [10-2] moot., finding the motion for discovery [9-1] moot. (cc: all counsel) (rkc) (Entered: 04/25/2005) |
| 04/27/2005 | 19 | MOTION to continue trial by Mark Westly Hughes (jph) (Entered: 04/28/2005) |
| 04/29/2005 | 20 | ORDER by Judge J. L. Holmes granting motion to continue trial [19-1]; jury trial reset Mon. 6/13/05 at 9:15 and the delay is excludable pursuant to 18:3151(h)(8)(A) as to Mark Westly Hughes (cc: all counsel) (rkc) (Entered: 05/02/2005) |
| 05/18/2005 | 21 | ARREST Warrant returned executed as to Mark Westly Hughes 3/4/05 (jph) (Entered: 05/18/2005) |
| 05/20/2005 | | Docket Modification (Utility Event) finding the motion for order for release on his own recognizance or in the alternative to set bail [2-1] moot due to order of detention entered on 3/24/05 (cdw) (Entered: 05/20/2005) |
| 06/10/2005 | 22 | MOTION to continue trial by Mark Westly Hughes (jph) (Entered: |

| | | |
|---|---|---|
| | | 06/10/2005) |
| 06/13/2005 | 23 | NOTICE of change of plea Wednesday, 6/22/05 at 2:45 p.m. as to Mark Westly Hughes before Judge J. L. Holmes (cdw) (Entered: 06/13/2005) |
| 06/13/2005 | 24 | ORDER by Judge J. L. Holmes granting motion to continue trial [22-1] jury trial set for Wed. 7/13/05 at 9:15 a.m., The delay is excludable pursuant to 18 U.S.C. 3161(8)(h)(a) as to Mark Westly Hughes (cc: all counsel) (sealed) (Entered: 06/13/2005) |
| 06/22/2005 | 25 | MINUTES before Judge J. L. Holmes on change of plea as to Mark Westly Hughes ; AUSA Linda Lipe present for govt; Steven R Davis present for deft; Joe Klingbeil present for USP; Mark Westly Hughes enters guilty plea to indictment; deft released on bond to third party custodian; Court Reporter Elaine Hinson (cdw) (Entered: 06/22/2005) |
| 06/22/2005 | 26 | ORDER by Judge J. L. Holmes setting conditions of release for Mark Westly Hughes (cdw) (Entered: 06/22/2005) |
| 06/22/2005 | 27 | PLEA Agreement as to Mark Westly Hughes (SEALED document per JCUS Policy) (cdw) (Entered: 06/22/2005) |
| 06/22/2005 | 28 | ORDER by Judge J. L. Holmes that in determining a sentence the Court expects to conduct three levels of analysis in determining an appropriate sentence. (cc: all counsel) (rkc) (Entered: 06/23/2005) |
| 10/18/2005 | 29 | NOTICE OF HEARING as to Mark Westly Hughes; Sentencing set for Thursday, 10/27/2005 at 3:30 PM in Little Rock, Courtroom #372 before Chief Judge J. Leon Holmes. (cdw) (Entered: 10/18/2005) |
| 10/18/2005 | 30 | Certificate of Mailing by the Clerk to Steven R. Davis. (cdw) (Entered: 10/18/2005) |
| 10/27/2005 | 31 | Minute Entry for proceedings held before Judge J. Leon Holmes: Sentencing held on 10/27/2005 for Mark Westly Hughes (1); AUSA Linda Lipe present for government; Steven R. Davis present for defendant; USPO Debra Stansel present; defendant sentenced to six (6) months imprisonment with credit for time served; two (2) years supervised release; $100 special assessment; $35,000 restitution. (Court Reporter Genie Power) (cdw) (Entered: 10/27/2005) |
| 10/27/2005 | 32 | JUDGMENT as to Mark Westly Hughes (1), Complaint dismissed due to filing of Indictment; Count(s) 1, six (6) months imprisonment with credit for time served; two (2) years supervised release; $100 special assessment; $35,000 restitution . Signed by Judge J. Leon Holmes on 10/27/05. (rkc, ) (Entered: 10/28/2005) |
| 10/27/2005 | 33 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Mark Westly Hughes (rkc, ) (Entered: 10/28/2005) |
| 12/15/2005 | 34 | Judgment Returned Executed as to Mark Westly Hughes on 12/5/2005. (lmr) (Entered: 12/16/2005) |
| 06/16/2006 | 35 | TRANSCRIPT of Sentencing Proceedings as to Mark Westly Hughes |

|  |  | held on 10/27/05 before Judge J. Leon Holmes. Court Reporter: E. Power. (csf, ) (Entered: 06/16/2006) |