FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 4 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA  　　NO. 4:05CR 00053

v.

　　　　　　　　　　　　　　　　18 U.S.C. § 2113(b)
　　　　　　　　　　　　　　　　18 U.S.C. § 3571
MARK WESLEY HUGHES　　　　　　 18 U.S.C. § 3013

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 12, 2000, in the Eastern District of Arkansas, the defendant

**MARK WESLEY HUGHES**

did, with intent to steal and purloin, take and carry away, property and money, namely approximately $35,000.00 in United States currency, belonging to and in the care, custody, control, management and possession of Metropolitan Bank, 8824 Geyer Springs Road, Little Rock, AR the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(b).

(END OF TEXT. SIGNATURE PAGE ATTACHED

4