Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001
(202)354-3064

July 14, 2006

Clerk, U.S. District Court
For the Eastern District of Arkansas
402 United States Post Office and Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

In Re: Mark Westly Hughes
Our Case Number: 06-PT-336
Your Case Number: 05-CR-53 (JLH)

Dear Clerk,

Our court is in receipt of your Transfer of Jurisdiction of Supervised Release executed by our Court. Please find enclosed certified copy of Transfer of Jurisdiction for your records. Please forward certified copies of Indictment, Judgment and Commitment and docket sheet to our office.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

Enclosure
cc: Chief Judge Hogan, U.S. Probation Office, Court file